AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| EDWARD K. LEE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  2:19-cv-11620-AC-MKM |
| PIONEER CREDIT RECOVERY, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EDWARD K. LEE  .

Date:  05/31/2019

s:/ Alexander J. Taylor
*Attorney's signature*

Alexander J. Taylor #6327679
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

ataylor@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*